**Tuesday, July 28, 2026 at 2:28:32 PM GMT-10:00**

**Subject:** RE: Red Hill Waterfall
**Date:** Tuesday, June 23, 2026 at 4:56:28 PM GMT-10:00
**From:** Kevin Terrazas
**To:** Kyle Smith
**Attachments:** image001.jpg, image002.png, 2022 01 24 Stickney, Daisy Inv Agmt_Signed.pdf

Here is an example. Per this agreement (which is still valid), under your theory, Lyle would get nothing because he is not listed. If he intends to get any fees from this agreement, he would be bound by the arbitration provision.

Best,

Kevin

**KEVIN J. TERRAZAS**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
kterrazas@atlawpllc.com
512-680-3257

ARAMBULA | TERRAZAS
Trials | Appeals | Transactions

BOARD CERTIFIED
Texas Board of Legal Specialization
CIVIL APPELLATE LAW
CIVIL TRIAL LAW

CONFIDENTIALITY NOTICE
This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Kyle Smith <kyle@smithlawhawaii.com>
**Sent:** Tuesday, June 23, 2026 9:49 PM
**To:** Kevin Terrazas <kterrazas@atlawpllc.com>
**Subject:** Re: Red Hill Waterfall

Kevin,

I think it is best to simple agree to disagree at this point. Please send the fee agreement you are referencing so we can understand Just Well's position.

With respect to Lyle, I just spoke with him and we feel it is best to proceed with mediation on Friday as a last, best chance to resolve this dispute. Can you please follow with the mediator to get it scheduled?

Please include Lyle, myself, and Motley/Free on that correspondence so we can arrange the details as needed.

Thanks,
Kyle

---

**From:** Kevin Terrazas <kterrazas@atlawpllc.com>
**Date:** Tuesday, June 23, 2026 at 3:10 PM
**To:** Kyle Smith <kyle@smithlawhawaii.com>
**Subject:** RE: Red Hill Waterfall

Kyle,

I have to push back on the negotiated fee percentage piece. If we want to simply rely on the agreements that Lyle signed that are still valid (and the Lanier agreements are no longer valid (unless your client wants to pay Lanier 45%), we can do that but your client would be entitled to recovery for a very small number of the cases. That could be a way to work this out but it would be very bad for your client and my client would not think that would be fair to him.

Will get you an example of the fee agreement to which your client is bound. I will note that it is an agreement with Just Well that your client is claiming entitled to fees for. If that is the case, he is bound by the arbitration provision contained in those agreements.

Best,

Kevin

**Kevin J. Terrazas**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
kterrazas@atlawpllc.com
512-680-3257

ARAMBULA | TERRAZAS
Trials | Appeals | Transactions

BOARD CERTIFIED®
Texas Board of Legal Specialization
CIVIL APPELLATE LAW
CIVIL TRIAL LAW

CONFIDENTIALITY NOTICE
This e-mail and any attachments may contain confidential information which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, disclosure, or taking of any action in reliance on or response to the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this email in error, please promptly notify the sender by reply e-mail, and destroy all copies of the email and attachments.

---

**From:** Kyle Smith <kyle@smithlawhawaii.com>
**Sent:** Tuesday, June 23, 2026 8:00 PM
**To:** Kevin Terrazas <kterrazas@atlawpllc.com>
**Subject:** Re: Red Hill Waterfall

Hi Kevin,

Thanks for calling. As we discussed, I am worried that mediation cannot accomplish anything productive — particularly given the price — that we have not already accomplished by our discussions (or could not accomplish by further good faith discussion).

To me, it sounds as though we are diametrically opposed to any agreement where Hosoda Law Group would receive its negotiated fee percentage from the initial and future distributions. If that is true, I do not see what mediation can effectively hope to accomplish. If you feel differently, please feel free to reach out again and perhaps we can discuss whether some other worthwhile purpose for mediation can be found. Otherwise, I think we should save our clients' money.

At the end of our call, you mentioned that you believe Lyle is bound by an arbitration agreement to resolve the disputed fee issue. If that is case, please share the agreement that Just Well contends binds Hosoda Law Group to arbitration.

Thanks,
Kyle

---

**From:** Kevin Terrazas <kterrazas@atlawpllc.com>
**Date:** Tuesday, June 23, 2026 at 12:44 PM
**To:** Kyle Smith <kyle@smithlawhawaii.com>
**Subject:** RE: Red Hill Waterfall
Did you mean Burns?  He is $6,000 per half day.  He is available on Wednesday and Friday.

Best,

JUST·WELL·LAW

January 18, 2022

[redacted]

**RE: Red Hill Water Contamination**

[redacted]

I am glad to be walking with you towards recovery. Please read through our engagement agreement below, sign and return.

## ENGAGEMENT AGREEMENT

This letter constitutes our engagement agreement and sets forth terms under which we will be representing you. This agreement applies to the specific matter(s) referred to as noted above, as well as matters that may be referred to me in the future, unless otherwise stated in a subsequent written engagement agreement.

Bear in mind that we are investigating the claims, and we have not yet committed to file an action for you in court. Filing a case will be a joint decision and will depend in part on your health and ongoing health needs at that time.

## I. SCOPE OF ENGAGEMENT

This Agreement is to confirm that you have retained Just Well Law (the Firm) as of January 18, 2022, to represent [redacted], [redacted] (Clients or you) with respect to matter referenced above. Please understand that I am providing solely legal services to you. I do not provide non-legal professional services, such as financial, business, accounting, engineering, architectural or other non-legal expert advice. For such matters, you should consult appropriate and competent professionals in those areas of expertise to assist you.

In the event that you request me to do work for you other than the work described above, and I agree to do so, the terms of this Agreement will apply to that work as well.

## II. YOUR RIGHTS

If at any time you become dissatisfied with my handling of this matter, you should inform me immediately so we can discuss and resolve the problem. It is essential to your representation that I maintain a good relationship with you throughout. You may terminate my representation of you at any time. In the event of such termination, you will be responsible for the payment of any fees earned or expenses incurred in accordance with the terms of this agreement. In the event you

should discharge me, I will render a final statement to you for your unbilled fees and costs, including fees and costs associated with the transfer of the case to substitute counsel and preparation of the case files for transfer, which together with all prior unpaid statements shall be paid by you as outlined below.

## III. YOUR RESPONSIBILITIES

To achieve the best possible representation, you will need to cooperate with me fully and provide me with all the information I need to assist you. In particular, you will need to provide me with copies of any documents that could be helpful to me in the handling of your case.

For certain matters, the outcome is affected by many factors beyond our control. Therefore, I do not guarantee any particular end result.

You will communicate honestly, openly, and regularly with the Firm. And although you are entitled to the ultimate decision on settlement, you will not unreasonably withhold your consent to a settlement recommended by the Firm. If the Firm concludes in its discretion that you are unreasonably withholding their consent to a recommended settlement, you agree that the Firm will have the right to withdraw from the representation.

### A. FEES

Attorney fees are on a contingent basis. If you recover nothing, then I receive no fee. Attorney fees s are based on the (a) the amount recovery, and (b) when recovery occurs. Recovery means the total value of the amount of the recovery by settlement, verdict or award, whether money or in kind. You will pay me a fee equivalent to TWENTY-FIVE PERCENT (25%) of any and all amounts recovered, regardless of whether by way of settlement, trial verdict, or arbitration decision. HAWAII GENERAL EXCISE TAX (GET) (CURRENTLY AT THE RATE OF 4.712%) WILL BE ADDED TO ALL ATTORNEYS FEES.

Attorneys' fees are payable in full at the time of the settlement, verdict, or award. In the event a structured settlement is reached, I shall have the option to take attorneys' fees in a lump sum payment based upon an economic analysis as to the present value of the Settlement.

### B. COSTS

You agree to reimburse me for any costs incurred, including those costs that we provide or advance, including special messenger services if required, internal document imaging and reproduction charges and fax transmissions.

For litigation matters, the direct costs you will be responsible for will likely include some or all of the following: expert fees, testing and examination fees/expenses, mediation and/or arbitration fees/expenses, records fees/expenses, court reporter and deposition costs, transcript costs, filing fees, subpoena fees, witness and mileage fees, and court costs.

## IV. ADDITIONAL COUNSEL

Our firm may determine to associate other lawyers or firms in this case who are not affiliated with the firm. Under no circumstances will our doing so increase the total fee owed by you under this Agreement.

## V. CONFIDENTIALITY

It is very important to protect confidential communications and information. To protect your interests, you should treat and regard all oral and written communications between you and me and my staff as confidential because any disclosure of such communications may be deemed as a waiver of your attorney-client privilege, not only as to the disclosed communication, but also as to undisclosed communications, if the latter is deemed "related to" the former, I as well as my staff will likewise treat all communications with you concerning the handling of your file matters as confidential.

## VI. DISPUTE RESOLUTION

Any controversy or claim relating to or arising out of this agreement, or any of the subject matters of this agreement, which cannot be resolved informally between or among the parties to this agreement shall be settled or resolved by a confidential binding arbitration in Honolulu, Hawaii by a single neutral arbitrator to be appointed by Dispute Prevention & Resolution, Inc. ("DPR"), in accordance with the Arbitration Rules, Procedures & Protocols of Dispute Prevention & Resolution, Inc. then in effect. This includes, but is not limited to, any controversy or claim for malpractice or professional negligence and any other controversy or claim relating to arising out of or relating to the fees, costs or charges relating to services rendered hereunder, In the event that DPR is unable, for any reason, to administer or conduct said arbitration, the parties will submit such controversy or claim to the American Arbitration Association, and said arbitration shall be conducted in Honolulu, Hawaii by a single neutral arbitrator in accordance with the Commercial Arbitration Rules of the American Arbitration Association then in effect. Judgment upon the award rendered by that arbitration may be entered in any court having jurisdiction. By agreeing to arbitrate, you relinquish any right to have a jury trial or to litigate in court for any controversy subject to arbitration. If you do not understand this arbitration provision, please contact me or independent counsel for further explanation.

The laws of the State of Hawaii shall govern the construction, interpretation, and the performance of this agreement; and this agreement may be changed only by an agreement in writing signed by both parties. If legal services are used to enforce rights under this agreement, the prevailing party in any arbitration or legal action may recover all the costs of such legal services, including reasonable attorneys' fees. I may also use the services of my associates to enforce rights under this agreement, in which case we may recover the charges for those services at regular hourly rates just as if we had retained outside counsel.

## VII. RETAINER DEPOSIT

Typically, I would require an initial retainer in the amount of $10,000 for this type of engagement. However, I will waive this requirement. Therefore, no retainer deposit is required.

## VIII. AGREEMENT TO THESE TERMS

I have signified our agreement to the terms of this engagement letter by signing below. When executed by you, this letter will constitute the agreement regarding my representation of you. Please make sure that you understand each of the terms of the letter and feel free to consult other counsel concerning the letter if you wish.

Once entered into, the terms of this engagement agreement can be changed only by a subsequent agreement in writing that is signed by both of us.

## IX. CONCLUSION

At the conclusion of this matter please inform us if you would like any files returned to you. Otherwise, at the conclusion of this matter, the files in our custody will be destroyed according to file retention schedules for legal documents.

If you have any questions, please let us know, I appreciate the opportunity to represent you and we will do my best to justify your confidence. I look forward to serving you, and to a mutually satisfactory relationship.

JUST WELL LAW

By:______________________________
Kristina Baehr, Founder

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]