# EXHIBIT 10

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|
| NAME | ADDRESS (Number Street City State and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

In order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15  Do you carry accident insurance?    ☐ Yes    If yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No |

Not applicable.

| 16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No | 17  If deductible  state amount |

Not applicable.

18  If a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

| 19  Do you carry public liability and property damage insurance?    ☐ Yes    If yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No |

Not applicable.

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT  HIS DULY AUTHORIZED AGENT  OR LEGAL REPRESENTATIVE  AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT  ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY  PERSONAL INJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations  If more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   If the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

If claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

The amount claimed should be substantiated by competent evidence as follows

(a)  In support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

(b)  In support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)  In support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
   A    *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B    *Principal Purpose:*  The information requested is to be used in evaluating claims
C    *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D    *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr          Mei-Ling Bailey<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|
| NAME | ADDRESS (Number Street City State and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

Not applicable.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No   | 17. If deductible, state amount.

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

19. Do you carry public liability and property damage insurance?  ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A.  *Authority:*  The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

 B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
 C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
 D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED<br>OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency<br><br>Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | 2 Name address of claimant and claimant's personal representative if any<br>(See instructions on reverse) Number Street City State and Zip code<br>Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |
|---|---|

| 3 TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?   ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes  ☐ No   17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

---

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant    f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
  A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:* The information requested is to be used in evaluating claims
C   *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond:* Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

---

**PAPERWORK REDUCTION ACT NOTICE**

This notice is *solely* for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number Street City State and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14   Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N  **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
    A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:*  The information requested is to be used in evaluating claims
C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr          Shu-Chen Maffei<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95 109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT OF JUSTICE<br>28 CFR 14 2 |
|---|---|---|

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number  ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes   ☐ No    17  f deductible  state amount

Not applicable.

18   f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N  **TWO YEARS**  AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)   n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

(b)   n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)   n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
  A    *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B    *Principal Purpose:* The information requested is to be used in evaluating claims
C    *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D    *Effect of Failure to Respond:* Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr          David Garcia<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

**9                                             PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

**10                                    PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

**11                                              WITNESSES**

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No | |

Not applicable.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No | 17. If deductible, state amount. |
|---|---|

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

Not applicable.

| |
|---|
| 19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)    ☐ No |

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr        Amy Gurule<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/30/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes   ☐ No    17   f deductible  state amount

Not applicable.

18   f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
   A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

   B   *Principal Purpose:* The information requested is to be used in evaluating claims
   C   *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
   D   *Effect of Failure to Respond:* Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|---|---|

| 1  Submit to Appropriate Federal Agency<br><br>Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | 2  Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number  Street  City  State and Zip code<br><br>Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |
|---|---|

| 3  TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4  DATE OF BIRTH | 5  MARITAL STATUS | 6  DATE AND DAY OF ACCIDENT | 7  TIME (A M OR P M) |
|---|---|---|---|---|

8  BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage  injury  or death  identifying persons and property involved  the place of occurrence and the cause thereof  Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER  IF OTHER THAN CLAIMANT (Number  Street  City  State  and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY  NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH  INJURY OR CAUSE OF DEATH  WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT  STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number  Street  City  State  and Zip Code) | |
| See attached. | | |

| 12  (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a  PROPERTY DAMAGE | 12b  PERSONAL INJURY | 12c  WRONGFUL DEATH | 12d  TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a  SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b  PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14  DATE OF SIGNATURE<br>03/30/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000  plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine  imprisonment  or both  (See 18 U S C  287  1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT  OF JUSTICE
28 CFR 14 2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15. Do you carry accident insurance?   ☐ Yes    If yes give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No |
|---|

Not applicable.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes  ☐ No | 17. If deductible, state amount |
|---|---|

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

| 19. Do you carry public liability and property damage insurance?   ☐ Yes    If yes give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No |
|---|

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D.  *Effect of Failure to Respond:*  Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue, Suite 205 Norfolk, VA 23511-2949 | Kristina Baehr          Barbara Leslie-Laretto Just Well Law, PLLC 2606 West 8th Street Unit 2 Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM 512-994-6241 | 14 DATE OF SIGNATURE 03/30/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U.S.C. 3729) | Fine, imprisonment, or both (See 18 U.S.C. 287, 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

In order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident insurance?     ☐ Yes     If yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number     ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?     ☐ Yes     ☐ No     17  If deductible  state amount

Not applicable.

18  If a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?     ☐ Yes     If yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)     ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT  HIS DULY AUTHORIZED AGENT  OR LEGAL REPRESENTATIVE  AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT  ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY  PERSONAL INJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   If more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   If the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

If claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

The amount claimed should be substantiated by competent evidence as follows

*(a)*  In support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

*(b)*  In support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

*(c)*  In support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)*  **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

   A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:* The information requested is to be used in evaluating claims

C   *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

D   *Effect of Failure to Respond:* Disclosure is voluntary  However failure to supply the requested information or to execute this form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| /s/ Kristina Baehr<br>Just Well Law, PLLC | 512-994-6241 | 03/30/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes   ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
   A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

   B   *Principal Purpose:*  The information requested is to be used in evaluating claims
   C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
   D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr        Brian Ritz<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT OF JUSTICE<br>28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No |

Not applicable.

| 16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?  ☐ Yes  ☐ No | 17  f deductible  state amount |

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)

Not applicable.

| 19  Do you carry public liability and property damage insurance?  ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No |

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

A   Authority:  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   Principal Purpose:  The information requested is to be used in evaluating claims

C   Routine Use:  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

D   Effect of Failure to Respond:  Disclosure is voluntary  However  failure to supply the requested information or to execute this form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

**9 PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

**10 PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

**11 WITNESSES**

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15 Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number ☐ No |
|---|

Not applicable.

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17 If deductible, state amount |
|---|---|

Not applicable.

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

| 19 Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☐ No |
|---|

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis and the period of hospitalization or incapacitation, attaching itemized bills for medical hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | **WITNESSES** | |
|---|---|---|
| **NAME** | **ADDRESS** (Number Street City State and Zip Code) | |
| See attached. | | |

| 12 (See instructions on reverse) | **AMOUNT OF CLAIM** (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95 109

NSN 7540-00-634-4046

**STANDARD FORM 95** (REV. 2/2007)<br>PRESCRIBED BY DEPT OF JUSTICE<br>28 CFR 14 2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15 Do you carry accident insurance? ☐ Yes  If yes give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  ☐ No |
|---|

Not applicable.

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17 If deductible, state amount |
|---|---|

Not applicable.

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

| 19 Do you carry public liability and property damage insurance? ☐ Yes  If yes give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  ☐ No |
|---|

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue, Suite 205 Norfolk, VA 23511-2949 | Kristina Baehr        Laura Ritz Just Well Law, PLLC 2606 West 8th Street Unit 2 Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

9 **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

10 **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

11 **WITNESSES**

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM 512-994-6241 | 14 DATE OF SIGNATURE 03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?   ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes   ☐ No   17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

  A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

  B   *Principal Purpose:*  The information requested is to be used in evaluating claims
  C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
  D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant and claimant's personal representative, if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

See attached.

| 9 | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | **WITNESSES** | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | | **AMOUNT OF CLAIM** (in dollars) | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U S C 3729) | Fine, imprisonment, or both. (See 18 U S C 287, 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Not applicable.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   17. If deductible, state amount.

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

  A  *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

  B  *Principal Purpose:*  The information requested is to be used in evaluating claims

  C  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

  D  *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr      Chelsea Roderick<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | | | |

**8** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes, If yes give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

Not applicable.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount |
|---|---|

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

| 19. Do you carry public liability and property damage insurance? ☐ Yes, If yes give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No |
|---|

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|---|---|
| 1 Submit to Appropriate Federal Agency<br><br>Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | | | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code<br>Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 | | |

| 3 TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES | |
|---|---|---|
| NAME | | ADDRESS (Number Street City State and Zip Code) |
| See attached. | | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

---

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

---

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)

Not applicable.

---

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14   Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filled by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)*  **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
  A    *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

  B    *Principal Purpose:*  The information requested is to be used in evaluating claims
  C    *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
  D    *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number  ☐ No |
|---|

Not applicable.

| 16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?  ☐ Yes  ☐ No | 17   f deductible  state amount |
|---|---|

Not applicable.

| 18   f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts) |
|---|

Not applicable.

| 19  Do you carry public liability and property damage insurance?  ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)  ☐ No |
|---|

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)*  **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

   A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

   B   *Principal Purpose:* The information requested is to be used in evaluating claims

   C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

   D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute this form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr　　　Cantrice Smith<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY　☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|
| NAME | ADDRESS (Number Street City State and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

| 16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?  ☐ Yes  ☐ No | 17  f deductible  state amount |
|---|---|

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?  ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14   Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant    f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
A    *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B    *Principal Purpose:*  The information requested is to be used in evaluating claims
C    *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D    *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue, Suite 205 Norfolk, VA 23511-2949 | Kristina Baehr          Rajanae Johnson Just Well Law, PLLC 2606 West 8th Street Unit 2 Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number Street City State and Zip Code) |
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| | 512-994-6241 | 03/31/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

---

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

---

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14   Many agencies have published supplementing regulations  f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)*  **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:*  The information requested is to be used in evaluating claims

C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue, Suite 205 Norfolk, VA 23511-2949 | Kristina Baehr Just Well Law, PLLC 2606 West 8th Street Unit 2 Austin, TX 78703     Ranesha Johnson |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM 512-994-6241 | 14 DATE OF SIGNATURE 03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes  ☐ No   17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14 Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS**  AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.*

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
   A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:*  The information requested is to be used in evaluating claims
C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr            Briana Tupolo<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15 Do you carry accident insurance?  ☐ Yes   If yes give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   ☐ No |
|---|

Not applicable.

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No | 17 If deductible, state amount |
|---|---|

Not applicable.

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

| 19 Do you carry public liability and property damage insurance?  ☐ Yes   If yes give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   ☐ No |
|---|

Not applicable.

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
   A  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14

B  *Principal Purpose:* The information requested is to be used in evaluating claims
C  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid"

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

**9 PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

**10 PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

**11 WITNESSES**

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

**12 (See instructions on reverse)  AMOUNT OF CLAIM (in dollars)**

| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| /s/ Kristina Baehr<br>Just Well Law, PLLC | 512-994-6241 | 03/31/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes  f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number  ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?  ☐ Yes  ☐ No  | 17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?  ☐ Yes  f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)  ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14   Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS**  AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached

A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:* The information requested is to be used in evaluating claims

C   *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information

D   *Effect of Failure to Respond:* Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  ☐ No

Not applicable.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)
Not applicable.

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr    Kiliona Tupolo<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF OR WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

Not applicable.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount |
|---|---|

Not applicable.

| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts) |
|---|

Not applicable.

| 19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No |
|---|

Not applicable.

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| | 512-994-6241 | 03/31/2023 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)

Not applicable.

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or  if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
  A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:*  The information requested is to be used in evaluating claims
C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|

| 1. Submit to Appropriate Federal Agency | 2. Name, address of claimant and claimant's personal representative, if any. (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| Office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue, Suite 205 Norfolk, VA 23511-2949 | Kristina Baehr Just Well Law, PLLC 2606 West 8th Street Unit 2 Austin, TX 78703 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See attached.

| 9. | | PROPERTY DAMAGE | | |
|---|---|---|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

See attached.

| 10. | | PERSONAL INJURY/WRONGFUL DEATH | | |
|---|---|---|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| See attached. | | |

| 12. (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side) /s/ Kristina Baehr Just Well Law, PLLC | 13b. PHONE NUMBER OF PERSON SIGNING FORM 512-994-6241 | 14. DATE OF SIGNATURE 03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident nsurance?    ☐ Yes    f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number    ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?    ☐ Yes    ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?    ☐ Yes    f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)    ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations  f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES  N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS** AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization or incapacitation  attaching itemized bills for medical  hospital  or burial expenses actually incurred

*(b)*  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

*(c)*  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

*(d)*  **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
 A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

 B   *Principal Purpose:*  The information requested is to be used in evaluating claims
 C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
 D   *Effect of Failure to Respond:*  Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr       Jenna Wetherell<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| 1,000,000 | 20,000,000 | | 21,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number ☐ No | |

Not applicable.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount |
|---|---|

Not applicable.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | **WITNESSES** |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | **AMOUNT OF CLAIM** (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15 Do you carry accident insurance?  ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  ☐ No |
|---|

Not applicable.

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No | 17 If deductible, state amount |
|---|---|

Not applicable.

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable.

| 19 Do you carry public liability and property damage insurance?  ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  ☐ No |
|---|

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis and the period of hospitalization or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant and claimant's personal representative, if any. (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8.** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See attached.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

See attached.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See attached.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| See attached. | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14. DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|
| Not applicable. |

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount |
|---|---|
| Not applicable. | |

| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts) |
|---|
| Not applicable. |

| 19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☐ No |
|---|
| Not applicable. |

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis and the period of hospitalization or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105 0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name address of claimant and claimant's personal representative if any (See instructions on reverse) Number Street City State and Zip code |
|---|---|
| Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Avenue, Suite 205<br>Norfolk, VA 23511-2949 | Kristina Baehr<br>Just Well Law, PLLC<br>2606 West 8th Street<br>Unit 2<br>Austin, TX 78703 |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | | |

**8 BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage injury or death identifying persons and property involved the place of occurrence and the cause thereof Use additional pages if necessary)

See attached.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number Street City State and Zip Code)

See attached.

BRIEFLY DESCRIBE THE PROPERTY NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

See attached.

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT STATE THE NAME OF THE INJURED PERSON OR DECEDENT

See attached.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number Street City State and Zip Code) |
|---|---|
| See attached. | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) | |
| 1,000,000 | 20,000,000 | | 21,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>/s/ Kristina Baehr<br>Just Well Law, PLLC | 13b PHONE NUMBER OF PERSON SIGNING FORM<br>512-994-6241 | 14 DATE OF SIGNATURE<br>03/31/2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10 000 plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine imprisonment or both (See 18 U S C 287 1001) |

Authorized for Local Reproduction
Previous Edition is not Usable
95 109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

INSURANCE COVERAGE

n order that subrogation claims may be adjudicated  it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident  nsurance?  ☐ Yes   f yes  give name and address of insurance company (Number  Street  City  State  and Zip Code) and policy number   ☐ No

Not applicable.

16  Have you filed a claim with your insurance carrier in this instance  and if so  is it full coverage or deductible?   ☐ Yes   ☐ No    17  f deductible  state amount

Not applicable.

18  f a claim has been filed with your carrier  what action has your insurer taken or proposed to take with reference to your claim? ( t is necessary that you ascertain these facts)
Not applicable.

19  Do you carry public liability and property damage insurance?   ☐ Yes   f yes  give name and address of insurance carrier (Number  Street  City  State  and Zip Code)   ☐ No

Not applicable.

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLA M SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECE VES FROM A CLA MANT  H S DULY AUTHOR ZED AGENT  OR LEGAL REPRESENTAT VE  AN EXECUTED STANDARD FORM 95 OR OTHER WR TTEN NOT F CAT ON OF AN  NC DENT  ACCOMPAN ED BY A CLA M FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

 f instruction is needed in completing this form  the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28  Code of Federal Regulations  Part 14  Many agencies have published supplementing regulations   f more than one agency is involved  please state each agency

The claim may be filed by a duly authorized agent or other legal representative  provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   f the claim is signed by the agent or legal representative  it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent  executor  administrator  parent  guardian or other representative

 f claimant intends to file for both personal injury and property damage  the amount for each must be shown in item number 12 of this form

DAMAGES N A **SUM CERTAIN** FOR  NJURY TO OR LOSS OF PROPERTY  PERSONAL  NJURY  OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE  NC DENT  THE CLA M MUST BE PRESENTED TO THE APPROPR ATE FEDERAL AGENCY W TH N **TWO YEARS**  AFTER THE CLA M ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  n support of the claim for personal injury or death  the claimant should submit a written report by the attending physician  showing the nature and extent of the injury  the nature and extent of treatment  the degree of permanent disability  if any  the prognosis  and the period of hospitalization  or incapacitation  attaching itemized bills for medical hospital  or burial expenses actually incurred

(b)  n support of claims for damage to property  which has been or can be economically repaired  the claimant should submit at least two itemized signed statements or estimates by reliable  disinterested concerns  or if payment has been made  the itemized signed receipts evidencing payment

(c)  n support of claims for damage to property which is not economically repairable  or if the property is lost or destroyed  the claimant should submit statements as to the original cost of the property  the date of purchase  and the value of the property  both before and after the accident   Such statements should be by disinterested competent persons  preferably reputable dealers or officials familiar with the type of property damaged  or by two or more competitive bidders  and should be certified as being just and correct

**(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act  5 U S C  552a(e)(3) and concerns the information requested in the letter to which this Notice is attached
    A   *Authority:*  The requested information is solicited pursuant to one or more of the following  5 U S C  301  28 U S C  501 et seq  28 U S C  2671 et seq  28 C F R  Part 14

B   *Principal Purpose:* The information requested is to be used in evaluating claims
C   *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D   *Effect of Failure to Respond:* Disclosure is voluntary  However  failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act  44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response  including the time for reviewing instructions  searching existing data sources  gathering and maintaining the data needed  and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information  including suggestions for reducing this burden  to the Director  Torts Branch  Attention  Paperwork Reduction Staff  Civil Division  U S  Department of Justice  Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

**STANDARD FORM 95** REV  (2/2007) BACK