JUST·WELL·LAW

**RE: Red Hill Water Contamination & Potential Medical Negligence**

We are glad to be walking with you towards recovery. Please read through our engagement agreement below, sign and return. This Agreement outlines our expectations, and a few things that are important to all of us. If you have any questions, please ask. Understanding the Agreement will create the best attorney-client relationship, and the best possible outcome.

## ENGAGEMENT AGREEMENT

You have authorized Just Well Law, PLLC and Hosoda Law Group to act as we believe reasonably necessary to jointly represent you in the matter referenced above. In the event that you ask us to do work for you other than the work described above, and we agree to do so, the terms of this Agreement will apply to that work as well.

Bear in mind that we are investigating your claims, and we have not yet committed to file an action for you in court. Filing a case will be a joint decision and will depend in part on your health and ongoing needs at that time.

## I. YOUR RIGHTS

If at any time you become dissatisfied with our handling of this matter, you should inform us immediately so we can discuss and resolve the problem. It is essential to your representation that we maintain a good relationship with you throughout. You may terminate our representation at any time.

In the event of termination, you will be responsible for the payment of any fees earned or expenses incurred in accordance with the terms of this agreement. In the event you should discharge us, we will render a final statement to you for your unbilled fees and costs, including fees and costs associated with the transfer of the case to substitute counsel and preparation of the case files for transfer, which together with all prior unpaid statements shall be paid by you as outlined below.

You are entitled to an attorney who believes in your case. If at any time, we believe that your case is not viable, we will let you know right away, and we will terminate the engagement.

## II. YOUR RESPONSIBILITIES

Bringing a legal action can be inspiring, overwhelming, life-changing, emotional, awful, fun, and anything in between, so it's best to do it collaboratively. Arriving at an exceptional result is a priority for both you and us. You are our partner on this case. You will communicate honestly, openly, and regularly with the Firm. And to achieve the best outcome, you agree to timely engage with our team and respond promptly with information as needed. Timely communication helps the case progress and stay on schedule.

KRISTINA BAEHR, FOUNDER

kristina@well.law | 512-994-6241 | Well.law

2606 West 8th Street, Unit 2, Austin, Texas 78703

**EXHIBIT 2**

You will always be truthful about the matters at issue in your case. While we can deal with bad facts, we cannot fix a lie. And any misrepresentation can be grounds for us to terminate our engagement.

And although you are entitled to the ultimate decision on settlement, you will not unreasonably withhold your consent to a settlement recommended by the Firm. If the Firm concludes in its discretion that you are unreasonably withholding their consent to a recommended settlement, you agree that the Firm will have the right to withdraw from the representation.

As you know, the outcome of any case often depends on factors beyond our control. We do not guarantee any particular end result. Though we expect to prevail in this case, you should not rely on any financial outcome. We also cannot guarantee any particular time of recovery. Sometimes due to unforeseen circumstances, a case will drastically change, slow down, or pause.

## III. FEES & COSTS

You agree that this engagement will be handled by the Firm under a contingent fee arrangement. In consideration of the services rendered and to be rendered by the Firm, you hereby set over, give to, assign, transfer, grant and convey to the Firm a present twenty percent (20%) interest in your cause or causes of action and any recovery arising out of or related to the dispute described above. If the action is resolved after a lawsuit is filed, you hereby set over, give to, assign, transfer, grant and convey to the Firm a present twenty-five percent interest (25%).

Attorneys' fees are payable in full at the time of the settlement, verdict, or award. In the event a structured settlement is reached, we will have the option to take attorneys' fees in a lump sum payment based upon an economic analysis as to the present value of the Settlement. **In the event you terminate the relationship, the Firm will retain its interest as a lien on your recovery from settlement, verdict, or award.**

If you recover, you agree to reimburse us for any costs incurred, including those costs that we provide or advance. Costs will likely include some or all of the following: expert fees, testing and examination fees / expenses, mediation and/or arbitration fees, records fees, court reporter and deposition costs, transcript costs, filing fees, subpoena fees, witness and mileage fees, and court costs. It will not include legal time.

For example, you recover $10,000 from a settlement after a case has been filed, and the firm spent $1,000 in expert fees and mediation expenses, your own portion will look like:

$10,000 - $2,500 (25% contingent fee) - $1,000 (costs) = **$6,500**

## IV. JOINT REPRESENTATION

Just Well Law, Hosoda Law Group, and Motley Rice will be jointly responsible for representing you. Kristina Baehr of Just Well Law will act as lead counsel in the Lawsuit and advance all expenses pursuant to paragraph 2 below. Just Well will have primary responsibility for pre-trial preparation, conducting additional investigation, obtaining expert witnesses if necessary,

conducting additional discovery, attending hearings, filing motions with the Court as necessary, attending depositions, and trying this cause along with the Hosoda Law Group to a jury if necessary.

Just Well Law, PLLC, Hosoda Law Group, and Motley Rice, LLC will split the recovery of any attorneys' fee commensurate with services performed.

## V. ADDITIONAL COUNSEL

The Firm may determine to associate other lawyers or firms in this case who are not affiliated with the firm. Under no circumstances will our doing so increase the total fee owed by you under this Agreement.

## VI. CONFIDENTIALITY

It is very important to protect confidential communications and information. You should treat and regard all oral and written communications between you and us and my staff as confidential. Any disclosure of our communications may be deemed as a waiver of your attorney-client privilege, not only as to the disclosed communication, but also as to any "related" undisclosed communications. The Firm will likewise treat all communications with you concerning the handling of your file matters as confidential.

At times, we may communicate with multiple plaintiffs at once. That communication will also be confidential, and you agree that you will not share beyond those present. This provision includes any text messages or any electronic communication between you and counsel.

## VII. DISPUTE RESOLUTION

You will bring any dispute to us directly to attempt to discuss and resolve the matter. If the parties cannot resolve the matter, they may involve a neutral third party agreed by the parties. If that conversation still does not resolve the issue, the parties will engage in mediation. The parties agree to share equally in the costs of mediation.

## VIII. POWER OF ATTORNEY TO SIGN FOR CLIENT

There may be times when we need to submit your signature on legal documents. You authorize us to sign on your behalf.

## IX. MEDIA

The Firm is proud of its work and mission-driven. The Firm will often share images and video on social media. The Firm also uses media for advocacy to promote clean air and clean water. You understand that the firm uses these media for marketing and record keeping, and acknowledge

that it is an important part of the Firm's practice. By signing this agreement, You agree to allow your images and video to be used for social media and marketing.

**If you prefer that you not appear in social media or marketing, you may opt out of this provision by letting us know in writing at any time.**

## X. CONCLUSION

We are honored to represent you, and we promise that we will do our very best to get you the recovery you deserve – if indeed there is a case to be made on your behalf.

**JUST WELL LAW**

By:________________________________
Kristina Baehr, Founder

**I certify and acknowledge that I have had the opportunity to read this Agreement and to discuss this Agreement with independent counsel. I further certify that I have voluntarily entered into this Agreement fully aware of its terms and conditions, and that I have received a copy of this Agreement.**

[redacted]

Date: 08/03/2023

[redacted]