JUST·WELL·LAW

August 12, 2022

**RE: Red Hill Water Contamination & Potential Medical Negligence**

I am glad to be walking with you towards recovery. Please read through our engagement agreement below, sign and return.

## ENGAGEMENT AGREEMENT

This letter constitutes our engagement agreement and sets forth terms under which we will be representing you. This agreement applies to the specific matter(s) referred to as noted above, as well as matters that may be referred to me in the future, unless otherwise stated in a subsequent written engagement agreement.

Bear in mind that we are investigating the claims, and we have not yet committed to file an action for you in court. Filing a case will be a joint decision and will depend in part on your health and ongoing health needs at that time.

## I. SCOPE OF ENGAGEMENT

You have authorized our firm to take such actions as we believe are reasonably necessary in order to represent you with respect to matter referenced above. Please understand that I am providing solely legal services to you. I do not provide non-legal professional services, such as financial, business, accounting, engineering, architectural or other non-legal expert advice. For such matters, you should consult appropriate and competent professionals in those areas of expertise to assist you.

In the event that you request me to do work for you other than the work described above, and I agree to do so, the terms of this Agreement will apply to that work as well.

## II. YOUR RIGHTS

If at any time you become dissatisfied with my handling of this matter, you should inform me immediately so we can discuss and resolve the problem. It is essential to your representation that I maintain a good relationship with you throughout. You may terminate my representation of you at any time. In the event of such termination, you will be responsible for the payment of any fees earned or expenses incurred in accordance with the terms of this agreement. In the event you should discharge me, I will render a final statement to you for your unbilled fees and costs, including fees and costs associated with the transfer of the case to substitute counsel and preparation of the case files for transfer, which together with all prior unpaid statements shall be paid by you as outlined below.

KRISTINA BAEHR,

kristina@well.law 512-994-6241 Well.law

2606 West 8th Street, Unit 2, Austin, Texas 78703

**EXHIBIT 3**

## III. YOUR RESPONSIBILITIES

To achieve the best possible representation, you will need to cooperate with me fully and provide me with all the information I need to assist you. In particular, you will need to provide me with copies of any documents that could be helpful to me in the handling of your case.

For certain matters, the outcome is affected by many factors beyond our control. Therefore, I do not guarantee any particular end result.

You will communicate honestly, openly, and regularly with the Firm. And although you are entitled to the ultimate decision on settlement, you will not unreasonably withhold your consent to a settlement recommended by the Firm. If the Firm concludes in its discretion that you are unreasonably withholding their consent to a recommended settlement, you agree that the Firm will have the right to withdraw from the representation.

### A. FEES

You agree that this engagement will be handled by the Firm under a contingent fee arrangement. You agree that in consideration of the services rendered and to be rendered by the Firm, you hereby set over, give to, assign, transfer, grant and convey to the Firm a present twenty percent (20%) interest in your cause or causes of action and any recovery arising out of or related to the dispute described above. If the action is resolved after a lawsuit is filed, you hereby set over, give to, assign, transfer, grant and convey to the Firm a present twenty-five percent interest (25%).

Attorneys' fees are payable in full at the time of the settlement, verdict, or award. In the event a structured settlement is reached, I shall have the option to take attorneys' fees in a lump sum payment based upon an economic analysis as to the present value of the Settlement.

### B. COSTS

If you recover, you agree to reimburse me for any costs incurred, including those costs that we provide or advance. Costs will likely include some or all of the following: expert fees, testing and examination fees / expenses, mediation and/or arbitration fees, records fees, court reporter and deposition costs, transcript costs, filing fees, subpoena fees, witness and mileage fees, and court costs.

## IV. ADDITIONAL COUNSEL

Our firm may determine to associate other lawyers or firms in this case who are not affiliated with the firm. Under no circumstances will our doing so increase the total fee owed by you under this Agreement.

## V. CONFIDENTIALITY

It is very important to protect confidential communications and information. To protect your interests, you should treat and regard all oral and written communications between you and me

and my staff as confidential because any disclosure of such communications may be deemed as a waiver of your attorney-client privilege, not only as to the disclosed communication, but also as to undisclosed communications, if the latter is deemed "related to" the former, I as well as my staff will likewise treat all communications with you concerning the handling of your file matters as confidential.

## VI. DISPUTE RESOLUTION

Any controversy or claim relating to or arising out of this agreement, or any of the subject matters of this agreement, which cannot be resolved informally between or among the parties to this agreement shall be settled or resolved by a confidential binding arbitration in Honolulu, Hawaii by a single neutral arbitrator to be appointed by Dispute Prevention & Resolution, Inc. ("DPR"), in accordance with the Arbitration Rules, Procedures & Protocols of Dispute Prevention & Resolution, Inc. then in effect. This includes, but is not limited to, any controversy or claim for malpractice or professional negligence and any other controversy or claim relating to arising out of or relating to the fees, costs or charges relating to services rendered hereunder, In the event that DPR is unable, for any reason, to administer or conduct said arbitration, the parties will submit such controversy or claim to the American Arbitration Association, and said arbitration shall be conducted in Honolulu, Hawaii by a single neutral arbitrator in accordance with the Commercial Arbitration Rules of the American Arbitration Association then in effect. Judgment upon the award rendered by that arbitration may be entered in any court having jurisdiction. By agreeing to arbitrate, you relinquish any right to have a jury trial or to litigate in court for any controversy subject to arbitration. If you do not understand this arbitration provision, please contact me or independent counsel for further explanation.

The laws of the State of Hawaii shall govern the construction, interpretation, and the performance of this agreement; and this agreement may be changed only by an agreement in writing signed by both parties. If legal services are used to enforce rights under this agreement, the prevailing party in any arbitration or legal action may recover all the costs of such legal services, including reasonable attorneys' fees. I may also use the services of my associates to enforce rights under this agreement, in which case we may recover the charges for those services at regular hourly rates just as if we had retained outside counsel.

## VII. AGREEMENT TO THESE TERMS

I have signified our agreement to the terms of this engagement letter by signing below. When executed by you, this letter will constitute the agreement regarding my representation of you. Please make sure that you understand each of the terms of the letter and feel free to consult other counsel concerning the letter if you wish.

Once entered into, the terms of this engagement agreement can be changed only by a subsequent agreement in writing that is signed by both of us.

## VIII. CONCLUSION

At the conclusion of this matter please inform us if you would like any files returned to you. Otherwise, at the conclusion of this matter, the files in our custody will be destroyed according to file retention schedules for legal documents.

If you have any questions, please let us know, I appreciate the opportunity to represent you and we will do my best to justify your confidence. I look forward to serving you, and to a mutually satisfactory relationship.

**JUST WELL LAW**

By:________________________________
Kristina Baehr, Founder

**I certify and acknowledge that I have had the opportunity to read this Agreement and to discuss this Agreement with independent counsel. I further certify that I have voluntarily entered into this Agreement fully aware of its terms and conditions, and that I have received a copy of this Agreement.**

[redacted]

**Please include information for all residents who were exposed at the affected property between May 6, 2021, and November 29, 2021. All fields are required. All adults should sign their own names, and all adults must list their personal email addresses. If the address is the**

**same as the one listed above, leave blank. If additional pages are necessary, please let our team know.**

**By:** ______________________________

Print Name: ______________________________

Date of birth: ______________________________

Date: ______________________________

Address: ______________________________

______________________________

Phone: ______________________________

Email: ______________________________

**By:** ______________________________

Print Name: ______________________________

Date of birth: ______________________________

Date: ______________________________

Address: ______________________________

______________________________

Phone: ______________________________

Email: ______________________________

**By:** ______________________________

Print Name: ______________________________

Date of birth: ______________________________

Date: ______________________________

Address: ______________________________

______________________________

Phone: ______________________________

Email: ______________________________

**By:** ______________________________

Print Name: ______________________________