UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 26, 2024, 11:01 am
Lucy H. Carrillo, Clerk of Court

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **Feindt v. United States of** **A**   Case No.: **1:22-cv-00397-LEK-**

Presiding District or Magistrate Judge: **Judge Leslie E. Kobabayashi**

Media Outlet: **Hawaii News Now**

Representative(s): **Mahealani Richardson**

Email Address To Send Completed Request Form: **mrichardson@hawaiinewsnow.com**

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 4/29/24 | 8:30am | Duration of entire non-jury trial |
| | | |
| | | |
| | | |

DATED: **4/23/24**   SIGNATURE: _(signed)_

PRINTED NAME: **Mahealani Richardson**

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: **April 26, 2024**   _Leslie E. Kobayashi_